USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-17-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GERTRUDE C.F. HAMILTON,                 :    Chapter 11 (CONFIRMED)
                                        :    From no.: 09-12795(SMB)
    Plaintiff-Appellant,                :
                                        :    **Case No. 12-cv-03210 GBD**
            v.                          :
                                        :
MARK IV INDUSTRIES, INC., et al.,       :
                                        :
    Defendant-Appellee                  :
                                        :
-----------------------------------------------------------------X    PRO SE CASE

### RESPONSE OF OPPOSITION TO APPELLEE MARK IV INDUSTRIES, INC. IN OPPOSITION TO APPELLANT GERTRUDE HAMILTON'S MOTION FOR ASSIGNMENT OF PRO BONO ATTORNEY

Appellant Gertrude C. F. Hamilton ("Hamilton") hereby submits this response to Mark IV Industries, Inc. ("Mark IV") opposition (the "Opposition") to Appellant Gertrude C. F. Hamilton's Motion for Assignment of Pro Bono Attorney dated November 15, 2012 (the "Motion"), and "Opposition" dated December 3, 2012. In support of the "Motion" Hamilton respectfully states as follows:

1.  By the Motion, Hamilton requests the appointment of pro bono counsel to assist in "finalizing Hamilton's claims" in the above-captioned chapter 11 case of Mark IV and its affiliated debtors. It appears procrastination and procedural errors denying justice as prolonged this appeal. This court failed to provide an order for several months on this appeal. Why would it take six months to provide an Order on appeal?

2. The Motion should be granted and, or an order issued to allow Hamilton to appeal to the 2nd Circuit Appeal's Court. Mark IV states "The Court's procedures for pro se cases instruct that, "[t]o apply for a pro bono attorney, [a pro se litigant] must…file an application with a supporting request to proceed in forma pauperis in a case already pending in the Court" and include in such application description of "what efforts, if any [the pro se litigant] ha[s] made to find a lawyer." However, Mark IV failed to acknowledge the Court's procedures for pro se cases include the responsibility for appropriate documents like orders must be provided to the pro se litigant; see Memorandum Decision and Order, In re Mark IV Indus., Inc., Case No. 11 Civ. 6758 (GBD) (S.D.N.Y. Sept 18, 2012). The docket will confirm procedural errors continue to deny justice to this pro se litigant "Hamilton" because the Memorandum Decision was never provided to Hamilton. Hamilton contacted numerous attorneys and paid thousand's of dollars for consultations; however, not all charged or where paid for services, less than half the contacts include; Stephen Preziosi, Jerry Graves, Tucker S. Player, Esquire, Derek T. Smith, Esq., The Fox Law firm, Bland and Richter, Karr & Allison, P.C., Center for Constitutional Rights, NAACP Legal Defense, Andrew S. Black, Lawyers' Committee for Civil Rights (Tanya Clay House), Andrew R. Miller, Esq., David J. Hernandez, Auciello Law Group, Brooks Law Firm, LLC, Lovic A. Brooks, III, Michael H. Zhu, Esq. PC, Katten Muchin Rosenman LLP (Michael Verde), and the most costly Arkady Bukh law firm. Hamilton can not afford justice when Arkady Bukh charges $35,000.00 for a retainer, after she paid so much to them already for consultations.

3. Hamilton is requesting that a Pro Bono Attorney be assigned to her Appeals to expedite the process, insure clarity and justice. Hamilton is not trained nor does she own the appropriate equipment to provide transparency from court-to-court. Hamilton feels tortured by Mark IV and the lack of due process needs to be reviewed by an attorney. The last entry to this docket was 06/14/2012, this case needs attention and Hamilton deserves restitution because of Mark IV's default. Case No. 1:11-cv-06758 (GBD) is listed as related and should be reviewed for an Order. Multiple claims were also dismissed without litigation or jurisdiction by the bankruptcy court, please review Fed. R. App. P. 40(a)(2). See Fed. R. Bankr. P. 8006, March contains 31 days Mark IV failed to file a record timely.

4. Hamilton is entitled to relief from the rejected Orders and Opinions, pursuant to Federal Rule 60(d) (3) of Civil Procedures, because of Fraud on the 4th Circuit Court of Appeals. 18 U.S.C. § 152 requires that the acts be done "Knowingly and fraudulently." Many lies were submitted to the 4th Circuit court by attorneys; his or her conduct was undertaken voluntarily and intentionally and not because of mistake, accident, or other innocent reasons. Intent existed to defraud Hamilton and benefit Mark IV and the attorneys.

WHEREFORE, Hamilton prays the Court will review her case in light of the proof of blatant dishonesty and willful disregard for the law on the part of the defendants, vacate and, or reverse Orders, judgments, and Opinions, and issue an Order in Hamilton's favor requiring restitution be doubled or tripled. A Pro Bono attorney is needed to finalize Hamilton's claims; however, if claims are reviewed according to laws an Order should be issued in Hamilton's favor now and an assignment would not be

necessary. Hamilton respectfully request that the Court enter an order granting restitution on both appeals and further relief as may be just and proper. Because of 11 U.S.C. § 707(b)(3) "totality of the circumstances" of this case demonstrated abuse and an Order is requested dismissing this Chapter 11.

                                               **Trusting in GOD,**

*/s/ Gertrude C. Hamilton*
**Gertrude Coretta Fennell Hamilton**
**99 Elmwood Street          (Pro Se)**
**Walterboro, SC 29488**
**trudyham1@aol.com**
**843.549.7921: home**
**843.599.2257: cell**

**December 15, 2012**

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the **foregoing RESPONSE OF OPPOSITION TO APPELLEE MARK IV INDUSTRIES, INC. IN OPPOSITION TO APPELLANT GERTRUDE HAMILTON'S MOTION FOR ASSIGNMENT OF PRO BONO ATTORNEY** has been furnished to those listed below via the United States Postal Service and or FedEx Express.

Susanna H. Murray (Fed. ID #10150)
Eric C. Schweitzer (Fed. ID # 3759)
Catherine B. Templeton (Fed. ID # 7338)
**(843) 853-1300**
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
211 King Street, Suite 200
Post Office Box 1808 (29402)
Charleston, SC 29401

Attorneys for Defendants-Appellees

Southern District New York
(Pro Se Office (3 copies)); Please return (1) in the self addressed envelope with prepaid postage.

Honorable George B. Daniels (GBD)
Chief Judge – Loretta A. Preska
500 Pearl Street (Room 200 for Pro Se)
New York, NY 10007

US Attorney General –**(202) 307-6777**
Mr. Eric H. Holder, Jr.
950 Pennsylvania, Ave. NW
Washington, DC 20530-0001

J. Eric Ivester, Esq.
Jay M. Goffman, Esq. &
J.R. Hall – Matthew M. Murphy
**(312) 407-0700**
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Time Square
New York, NY 10036

Counsel for Defendants-Appellees

Andrea B. Schwartz **(212) 668-2255**
Paul K. Schwartzberg, Esq.
Dep't of Justice – U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Paul.schwartzberg@usdoj.gov

New York FBI (Fraud Dept.)
26 Federal Plaza, 23rd Floor
New York, NY 10278-0004

Gertrude C.F. Hamilton-PRO SE
99 Elmwood Street
Walterboro, SC 29488
Home Tel: (843) 549-7921
Cell Tel: (843) 599-2257
trudyham1@aol.com

Dated this 15th day of December, 2012

5

**FedEx Express** NEW Package US Airbill

FedEx Tracking Number: 8022 3912 6595

Form ID No. 0200

**1 From**

Date: 12-14-12

Sender's Name: Gertrude Hamilton   Phone: 843 549-2257

Company:

Address: 99 Elmwood St

City: Walterboro   State: SC   ZIP: 29488

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name: United States District Court   Phone: 212 805 0175

Company: S.D.N.Y. Pro Se office (Room 200)

Address: 500 pearl Street

City: New York, NY   State: NY

**4 Express Package Service**

[x] FedEx Priority Overnight

**5 Packaging**

[x] FedEx Envelope*

**6 Special Handling and Delivery Signature Options**

No

**7 Payment** Bill to:

[x] Credit Card

Total Packages: 1   Total Weight: 0.5 lbs

8022 3912 6595

Rev. Date 1/12 • Part #167002 • ©2012 FedEx • PRINTED IN U.S.A. SRF



Gertrude C. F. Hamilton
99 Elmwood St.
Walterboro, SC 29488

RECEIVED
DEC 17 2012
PRO SE OFFICE

United States District Court
Southern District New York
Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007